PERCY THREADGILL, *Appellant,* v. CHARLES L. MUNRO, SR., *Appellee.*

Opinion filed December 21, 1918.

Petition for rehearing denied March 3, 1919.

Appeal from Circuit Court for Dade County; H. Pierre Branning, Judge.

Decree reversed.

*McCaskell & McCaskell,* for Appellant;

*Atkinson & Burdine,* for Appellee.

WHITFIELD, J.—An amended decree herein adjusting the mutual transfer of properties between the parties requires the defendant, "Percy Threadgill, by a good and sufficient warranty deed to convey and assure to Charles L. Munro, Sr., the fee simple to" certain described property, when it is alleged and not controverted that "the said defendant, Threadgill, has no title to the said property nor has he ever had any title to the property," and that the title to the property is in another designated person who had placed a mortgage lien upon it.

Decree reversed.

All concur.

### On Re-hearing.

PER CURIAM.—In view of the showing that the defendant had no title to the lands he promised to exchange, the requirement of the supplemental decree that the defendant by a good and sufficient warranty deed convey and assure to complainant the fee simple title to the lands, does not appear to meet the equities of the complainant, since a deed in form in fee simple with good and sufficient warranties may in fact and in law convey no title and leave only the warranties that may not be a protection to complainant. If as appears the defendant is unable to comply with his obligations of exchange the complainant should have appropriate and effective relief.

Rehearing denied.

BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.